# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

128023(57)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

THOMAS FLOOD,
      Defendant-Appellant.

SC: 128023
COA: 248157
Wayne CC: 02-014683-01

_____/

On order of the Court, the motion for reconsideration of this Court's order of October 13, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration, and on reconsideration, would vacate the Court of Appeals opinion and remand this case to the Court of Appeals for consideration and discussion of the issues in defendant's supplemental brief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

p0123